### EDERHEIMER-STEIN & COMPANY v. CARSON.

HOLDEN, J. Under the evidence submitted at the interlocutory hearing of this case, upon the application to appoint the sheriff receiver for the property in question, and for other relief, the court did not abuse its discretion in refusing such application.

Application for receiver, etc. Before Judge Mitchell. Tift superior court. January 11, 1908.

*J. B. Murrow* and *J. J. Murray,* for plaintiff.

*Fulwood & Murray,* by *Z. D. Harrison,* for defendant.